# PIERCE BAINBRIDGE BECK PRICE & HECHT LLP

**By ECF and
courtesy copy by Federal Express**

August 7, 2018

The Honorable Carol Bagley Amon
United States District Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: United States v. Francisco Canizales-Ramirez, 16-CR-658 (CBA)**

Dear Judge Amon:

     I respectfully submit this brief letter in aid of sentencing on behalf of Francisco Canizales-Ramirez. We adopt the factual statements of the PSR concerning the offense conduct and Mr. Canizales-Ramirez's personal characteristics and history. For the Court's consideration under 18 U.S.C. §3553(a), we highlight the following mitigating factors:

- Although Mr. Canizales-Ramirez pleaded guilty on the eve of trial, his acceptance of responsibility should also be viewed in the context of his post-plea conduct outlined in Paragraph 24 of the PSR.

- Although Mr. Canizales-Ramirez was not legally a resident of the United States, he made the most of his opportunities here largely by lawful means, and built a grocery business, ran a sports bar, and owned real estate. During his previous residence in the United States, he obtained gainful employment as set forth in Paragraphs 59 and 60 of the PSR.

- Mr. Canizales-Ramirez used the money he lawfully earned from his business ventures, and from his previous employment as a day laborer to support his children in Mexico.

- Mr. Canizales-Ramirez did not assume an aggravating role in the offense. Although he did indeed participate in the charged conspiracy, by all accounts, his conduct while living in the United States for the most part was lawful.

- As a result of Mr. Canizales-Ramirez's conviction, he will be deported to Mexico. He has already served almost one year of incarceration in the MDC. Additional incarceration will have the unfortunate impact of leaving his children without their principal provider. While this is a consequence he should have considered before committing crimes, the children nonetheless will suffer as a result. The sooner he is back in Mexico, the sooner he can help provide for his children.

We respectfully request that the Court consider these factors in imposing sentence.

Respectfully submitted,

/s/ Eric M. Creizman
Eric M. Creizman
Melissa Madrigal

cc:   AUSAs Alicia Washington and Karthik Srinivasan (by ECF and Email)
      United States Probation Officer Victoria Main (by Email)