# EXHIBIT A

# (BY HAND DELIVERY ONLY)